UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-80545-MIDDLEBROOKS

ERIC ROGERS,

    Plaintiff,

v.

CORLUZ FOOD SERVICES LLC and
EMERALD INVESTMENTS, CORP.,

    Defendants.
_____/

## ORDER CLOSING CASE

In light of the Final Default Judgment, the Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 13 day of September, 2016.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record